IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS LAWRENCE BRACKETT,

    Plaintiff,

v.                          CASE NO. 5:11-cv-412-RS-EMT

EDWIN BUSS, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Amended Complaint (Doc. 14) is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**ORDERED** on February 13, 2013.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**